# U.S. Bankruptcy Court
## District of Utah

In re:               Bankruptcy Case No. **14-21632**

    **DALE E. CAPPS AND TYNA M. CAPPS**
                             Debtor

               Adversary Proceeding No. **14-02183**

**STATE OF OREGON, DCS**
**ELLEN F. ROSENBLUM**
                            Plaintiff

v.

**DALE E. CAPPS**
**TYNA M. CAPPS**
                            Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. The address of the clerk of the bankruptcy court is:

               Clerk, U.S. Bankruptcy Court
               Frank E. Moss Courthouse
               350 South Main Street #301
               Salt Lake City, UT 84101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Kevin M. Bischoff |
| 999 East Murray-Holladay Road |
| Suite 200 |
| Salt Lake City, UT 84117 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued: 08/09/14

David A. Sime   Clerk Of Court

# CERTIFICATE OF SERVICE

I, Dusty France _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made _____ [Date] by:

[X] Mail Service – Regular, first class United States mail, postage fully pre-paid, addressed to:

Tyna M. Capps
1812 West Sunset Blvd., #1-431
St. George, Utah 84770

[ ] Personal Service – By leaving the documents with the following defendant(s) or an officer or agent of the defendant(s) at:

[ ] Residence Service – By leaving the documents with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: BY sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication – The defendant was served as follows: [describe briefly]

[ ] State Law – The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

6/11/2014 _____ _Dusty France_____
[Date]                    [Signature]

| Print Name | Dusty France | OLSEN SKOUBYE & NIELSON |
|---|---|---|
| Business Address | | 999 E. Murray-Holladay Road, Ste. 200 |
| City | State          ZIP | Salt Lake City, Utah 84117 |