## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>    Dale E. Capps and Tyna M. Capps<br>            Debtor(s).<br><br>State of Oregon, DCS et al.<br>            Plaintiff(s),<br><br>    v.<br><br>Dale E. Capps<br>et al.<br>            Defendant(s). | Case No. 14−21632 WTT<br>Chapter 7<br><br><br><br><br><br>Adv. Proc. No. 14−02183 |

## NOTICE OF INITIAL PRETRIAL CONFERENCE AND ORDER
## FIXING DATE OF FILING REPORT OF PARTIES' PLANNING MEETING

PLEASE TAKE NOTICE that the Initial Pretrial Conference scheduled in this adversary proceeding shall come on for hearing before the Honorable William T. Thurman, on September 25, 2014, at 09:30 AM, at 5th District Court, State of Utah, 206 West Tabernacle, Courtroom 2B, St. George, UT 84770, Room 2B . It is

ORDERED that the parties shall comply with Fed.R.Civ.P. 26(f) and file a Report of Parties' Planning Meeting on or before September 16, 2014 . It is further

ORDERED that the parties shall have complied with the disclosure requirements of Fed.R.Bankr.P. 7007.1, if applicable, by the time scheduled for the Initial Pretrial Conference.

The Report of Parties' Planning Meeting shall be in substantially the same format as promulgated by the Fed.R.Civ.P. 26(f). The new form is located on the Court's website, www.utb.uscourts.gov.

The Court may impose appropriate sanctions for failure to file a conforming Report of Parties' Planning Meeting, failure to attend the Initial Pretrial Conference, or for non−compliance with Fed.R.Bankr.P. 7007.1.

Dated and Entered on: August 25, 2014

*William J. Thurman*
United States Bankruptcy Judge   ()